# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr211-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JULES A. SPRINGS. | ) | |

**THIS MATTER** is before the Court on the Defendant's Request for Recommendation for Specific BOP Designation [Doc. 271].

During the sentencing hearing, the Court recommended that the Defendant be designated to a federal correctional facility as close to his home as possible due to the health of his elderly parents who will be caring for the Defendant's two minor sons during his incarceration. The Bureau of Prisons (BOP) has designated the Federal Correctional Institution (FCI) in Morgantown, West Virginia. Due to the distance of that facility from Charlotte, the Defendant now requests that the Court order the BOP to designate him to FCI Bennettsville, FCI Edgefield or FCI Williamsburg. Although the Court cannot order the BOP to do so, it will recommend a

designation to any one of these three facilities.  However, Defendant is cautioned that the BOP has the final authority to make designations.

**IT IS, THEREFORE, ORDERED** that the Defendant's Request for Recommendation for Specific BOP Designation [Doc. 271] is hereby **DENIED**.  The Court recommends to the Bureau of Prisons that the Defendant be designated to FCI Bennettsville, FCI Edgefield or FCI Williamsburg.

Lacy H. Thornburg
United States District Judge

Signed: July 16, 2009